UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-156 |
| | ) | (Varlan / Guyton) |
| EDWARD LEBORNE STEWART, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court on June 22, 2007, upon motion of Defendant Stewart for leave to withdraw his Motion to Suppress, filed June 12, 2007, in light of an opinion filed by the United States Supreme Court on June 20, 2007, in Brendlin v. California, 551 U.S. ____ (2007). [Doc. 17]. Mr. Stewart's Motion to Withdraw **[Doc. 17]** is **GRANTED**, and his Motion to Suppress Evidence **[Doc. 16]** is **DENIED** as moot.

    **IT IS SO ORDERED.**

                                      ENTER:

                                      s/ H. Bruce Guyton
                                      United States Magistrate Judge